# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **LAMONT JOHNSON #314545** | **CIVIL ACTION NO. 24-cv-536 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHELLE DAUZAT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 7] filed by Plaintiff Lamont Johnson ("Johnson"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because Johnson's Petition is second and successive, and he has not obtained authorization from the Fifth Circuit, the Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 18th day of June 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**